**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

*Counsel for Plaintiff Amanda Davis*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AMANDA DAVIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATERA INC., <br><br> Defendant. | Case No. 4:22-cv-00985-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION AND SETTING DEADLINES** |
| AMANDA LAW, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATERA INC., <br><br> Defendant. | Case No. 4:22-cv-01162-JST |

WHEREAS, there are currently two related proposed class actions currently pending in the Northern District of California: (1) *Davis v. Natera, Inc.*, Case No. 4:22-cv-00985-JST (N.D. Cal. filed Feb. 17, 2022) ("*Davis* Action"), and (2) *Law v. Natera, Inc.*, Case No. 4:22-cv-01162-JST (N.D. Cal. Filed Feb. 24, 2022) ("*Law* Action"), both pending before the Honorable Jon S. Tigar;

WHEREAS, Plaintiffs in the *Davis* and *Law* Actions, along with Defendant Natera, Inc. (who has not yet appeared in the action), (together, the "parties"), by and through their respective counsel, agree that consolidation of the *Davis* and *Law* Actions is appropriate because the Actions involve common questions of law and fact in that each involves claims including fraudulent concealment or omission, breach of implied warranty, and unjust enrichment asserted against Natera, Inc. based on allegations that Natera, Inc. misrepresented the accuracy of its prenatal testing product, Panorama;

WHEREAS, Natera, Inc. is currently obligated to respond to the *Davis* complaint on March 21, 2022 (*see* ECF 13), and is currently obligated to respond to the *Law* complaint on March 30, 2022;

WHEREAS, in view of the parties' stipulation to consolidate, the parties propose, subject to Court approval, that this Action proceed on the following schedule: Plaintiffs will file a consolidated complaint within thirty days after entry of an order consolidating the *Davis* and *Law* Actions; Defendant will answer or otherwise respond within thirty days after the filing of the consolidated complaint; if the response is by motion, Plaintiffs' opposition will be due thirty days after the motion is filed; and Defendant's reply will be due twenty-one days after the opposition is filed;

WHEREAS, the *Davis* and *Law* Actions are the only federal actions that the parties are aware of arising out of allegations that Natera, Inc. misrepresented the accuracy of its prenatal testing product, Panorama; and

WHEREAS, the parties agree that if Defendant answers, moves, or otherwise responds to any other action filed in, transferred or removed to this Court arising out of allegations that Natera misrepresented the accuracy of its prenatal testing product before its deadline to respond to the consolidated complaint, it must concurrently answer, move, or respond to: (1) the consolidated complaint; or (2) if the consolidated complaint has not been filed, the complaints in the *Davis* and *Law* Actions;

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The following Actions pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

- ***Davis v. Natera, Inc.*, Case No. 4:22-cv-00985-JST; and**
- ***Law v. Natera, Inc.*, Case No. 4:22-cv-01162-JST.**

2. All papers filed in the Consolidated Action must be filed under Case No. 4:22-cv-00985-JST, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE NATERA PRENATAL TESTING LITIGATION* | Case No. 4:22-cv-00985-JST |

3. The case file for the Consolidated Action will be maintained under Master File No. 4:22-cv-00985-JST.

4. The Clerk is directed to administratively close the following related case:

- ***Law v. Natera, Inc.*, Case No. 4:22-cv-01162-JST**

5. Any proposed class action subsequently filed in, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with the Consolidated Action.

6. The following deadlines will be set:

   (a) Plaintiffs will file a consolidated complaint within thirty days after entry of this stipulation to consolidate the *Davis* and *Law* Actions;

   (b) Defendant will answer or otherwise respond within thirty days after the filing of the consolidated complaint;

   (c) If the response is by motion, Plaintiffs' opposition will be due thirty days after the motion is filed; and

        (d)       Defendant's reply will be due twenty-one days after the opposition is filed.

7. If, during the course of the schedule outlined in paragraph 6, Defendant answers, responds, or moves to dismiss a complaint filed in, transferred or removed to this Court arising out of allegations that Natera misrepresented the accuracy of its prenatal testing product, Defendant will answer, move, or respond to: (1) the consolidated complaint; or (2) if the consolidated complaint has not been filed, the complaints in the *Davis* and *Law* Actions, no later than the same date on which Defendant responds to the other action(s).

8. If Defendant answers, responds or moves to dismiss another complaint arising out of allegations that Natera misrepresented the accuracy of its prenatal testing product which is not filed in this Court during the course of the schedule outlined in paragraph 6, the parties agree to use their best efforts to coordinate discovery and the resolution of common legal issues existing between those actions not filed in this Court and those matters pending in this Court.

**IT IS SO STIPULATED.**

Dated: March 21, 2022

Respectfully submitted,

/s/ *Adam E. Polk*

**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

*Counsel for Plaintiff Amanda Davis*

| | | |
|---|---|---|
| Dated: March 21, 2022 | | **BURSOR & FISHER, P.A.** |
| | | By: /s/ L. Timothy Fisher |
| | | L. Timothy Fisher (State Bar No. 191626) |
| | | 1990 North California Boulevard, Suite 940 |
| | | Walnut Creek, CA 94596 |
| | | Telephone: (925) 300-4455 |
| | | Facsimile: (925) 407-2700 |
| | | E-Mail: ltfisher@bursor.com |

**BURSOR & FISHER, P.A.**
Rachel L. Miller (*Pro hac vice forthcoming*)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: rmiller@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro hac vice forthcoming*)
Max S. Roberts (*Pro hac vice forthcoming*)
Julian C. Diamond (*Pro hac vice forthcoming*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
         mroberts@bursor.com
         jdiamond@bursor.com

*Counsel for Plaintiff Amanda Law*

Dated: March 21, 2022                **NATERA, INC.**

By: /s/ Adam M. Tschop

Adam M. Tschop (State Bar No. 209767)
201 Industrial Road
San Carlos, CA 94070
Telephone: (650) 980-9190, ext. 5176
E-Mail: atschop@natera.com

*Counsel for Defendant Natera, Inc.*

4
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION AND
SETTING DEADLINES
CASE NO. 4:22-cv-00985

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Adam E. Polk attest that concurrence in the filing of this document has been obtained.

Dated: March 21, 2022

*/s/ Adam E. Polk*
Adam E. Polk

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE