EXHIBIT 2

## **Comparable Cases**

| Case | Procedural Posture | Monetary Amount | Non-Monetary Compensation | Number of Products/Class Members |
|---|---|---|---|---|
| *Bezdek v. Vibram USA Inc.*, 79 F. Supp. 3d 324, 345 (D. Mass.), *aff'd*, 809 F.3d 78 (1st Cir. 2015) | Settlement | $3,750,000 | Yes | Millions of products |
| *Theodore Broomfield v. Craft Brew All., Inc.*, No. 17-CV-01027-BLF, 2020 WL 1972505, at *9 (N.D. Cal. Feb. 5, 2020) | Settlement | $1,332,386.25. | Yes | 7,800,000 members |
| *Fitzhenry-Russell v. Coca-Cola Co.*, No. 5:17-CV-00603-EJD, 2019 WL 11557486, at *6 (N.D. Cal. Oct. 3, 2019) | Settlement | $2,450,000 | Yes | 4,000,000 members |
| *Dashnaw v. New Balance Athletics, Inc.*, No. 17CV159-L(JLB), 2019 WL 3413444, at *10 (S.D. Cal. July 29, 2019) | Settlement | $1,400,000 | Yes | 984,835 products |
| *Morales v. Conopco, Inc.*, No. 2:13-2213 WBS EFB, 2016 WL 6094504, at *5 (E.D. Cal. Oct. 18, 2016) | Settlement | $3,250,000 | No | 179,000 members |
| *In re ConAgra Foods, Inc.,* No. CV1105379CJCAGRX, 2023 WL 8937622, at *6 (C.D. Cal. Sept. 18, 2023) | Settlement | $3,000,000 | Yes | 22,242,104,755 products |