EXHIBIT 3

# GIRARD SHARP

## Firm Resume

Girard Sharp specializes in class actions and other complex litigation. Our clients range from individual consumers and small businesses to Fortune 100 companies and public retirement systems. We are experienced in antitrust, securities, consumer protection, products liability, privacy, and whistleblower laws. We represent our clients in class and collective actions, multidistrict litigation, and arbitrations. Since our founding in 1995, we have recovered billions in settlements and trial judgments, leveling the playing field for our clients and successfully confronting the most determined and sophisticated adversaries.

Girard Sharp is distinguished as a Tier 1 law firm for plaintiffs' mass tort and class action litigation by *Best Lawyers* and has appeared on its list of "Best Law Firms" for more than a decade. In 2023, Girard Sharp was featured in multiple practice areas in the *National Law Journal*'s Elite Trial Lawyers awards: the firm won in the Pharmaceutical Litigation category, received an honorable mention in Products Liability, and was recognized as a finalist in Antitrust, Class Actions, Consumer Protection, and Privacy/Data Breach. In 2022, *Law360* recognized Girard Sharp as Practice Group of the Year for Product Liability Litigation, and the *National Law Journal* recognized the firm for its expertise in Pharmaceutical Litigation. The *Daily Journal* awarded Girard Sharp its "Top Plaintiff Verdicts: Impact" award in 2021, and its "Top Boutiques in California" award in 2020. Girard Sharp has also been named by the *National Law Journal* to its "Plaintiffs' Hot List," a selection of top U.S. plaintiffs' firms recognized for wins in high-profile cases, and was recognized as a "2023 Plaintiff Leader" by the *Global Data Review* for work in privacy protection matters.

The firm's attorneys have been recognized as Northern California Super Lawyers and Rising Stars. Daniel Girard and Dena Sharp also have been recognized as among the "Top 100 Super Lawyers" in Northern California, and since 2020, Dena Sharp has been named one of the Top 50 Women Attorneys. Partners Dena Sharp and Jordan Elias and Senior Advisor Daniel Girard are elected members of the American Law Institute, and have been selected by their peers for inclusion in *The Best Lawyers in America*, along with several other Girard Sharp lawyers who have been recognized by *Best Lawyers* as "Ones to Watch." Additionally, *Best Lawyers* designated Dena Sharp as the 2023 "Lawyer of the Year" in San Francisco for class action litigation, and Daniel Girard as a 2013 "Lawyer of the Year." In 2023, *Law360* also recognized Dena Sharp as a "Titan of the Plaintiffs Bar," and the *National Law Journal* has honored her three times as an "Elite Woman of the Plaintiff's Bar."

### ATTORNEYS

**Partners**

| | |
|---|---|
| *Dena Sharp* | p. 2 |
| *Adam Polk* | p. 3 |
| *Sarah London* | p. 4 |
| *Jordan Elias* | p. 5 |
| *Scott Grzenczyk* | p. 6 |
| *Simon Grille* | p. 7 |
| *Trevor Tan* | p. 8 |
| *Andrew Kaufman* | P. 9 |

**Senior Advisor and Of Counsel**

| | |
|---|---|
| *Daniel Girard* | p. 9 |

**Associates**

| | |
|---|---|
| *Mikaela Bock* | p. 10 |
| *Samhita Collur* | p. 10 |
| *Reid Gaa* | p. 10 |
| *Erika Garcia* | p. 11 |
| *Nina Gliozzo* | p. 11 |
| *Sean Greene* | p. 12 |
| *Jordan Isern* | p. 12 |
| *Patrick Johnson* | p. 12 |
| *Maya Kalonia* | p. 13 |
| *Kristen Palumbo* | p. 13 |
| *Kyle Quackenbush* | p. 13 |
| *Tony Rogari* | p. 14 |
| *Peter Touschner* | p. 14 |
| *Isabel Velez* | p. 15 |

### SIGNIFICANT RECOVERIES

| | |
|---|---|
| *Antitrust* | p. 15 |
| *Securities and Financial Fraud* | p. 16 |
| *Deceptive Trade Practices* | p. 19 |
| *Defective Products* | p. 21 |
| *Privacy Violations* | p. 23 |
| *Insurance and Other Consumer Protection Matters* | p. 26 |
| *Women's Advocacy, Fertility, and Sexual Abuse* | p. 28 |
| *Mass Tort* | p. 29 |
| *Government Reform* | p. 29 |

## ATTORNEYS

## Partners

**Dena Sharp** is dedicated to finding common-sense solutions in even the most complex litigation. She recently served as co-lead counsel in the *In re Juul Labs Inc.* multidistrict litigation, which resulted in recoveries of nearly $2 billion for individual consumers, school districts, municipalities, and Native American tribes. The last of the *Juul* settlements—for $235 million with Altria (formerly Philip Morris)—was reached after Dena and her co-lead trial counsel rested the plaintiff's case in a bellwether jury trial against the tobacco giant.



Dena currently serves as co-lead counsel in *In re Xyrem Antitrust Litigation* and *In re Google Digital Advertising Antitrust Litigation*, as well as in leadership positions in various life sciences and statutory damage matters. She also serves as a member of the End-Payer Steering Committee in the massive *In re Generic Pharmaceuticals Pricing Antitrust Litigation*. Dena previously led a team to a $104.75 million recovery on the eve of trial in a certified "pay-for-delay" antitrust class action concerning the drug Lidoderm, which delivered the largest recovery for a class of end-payers in similar federal litigation in more than decade.

Dena tries cutting-edge cases. In a first-of-its-kind jury trial in 2021, Dena and team represented clients whose eggs and embryos were in a freezer tank at a fertility clinic that failed. After a three-week trial, the jury returned a $15 million verdict for the plaintiffs, leading to a global resolution with the tank manufacturer for the dozens of households represented by Girard Sharp.

Outside the courtroom, Dena chairs the board of directors of the Impact Fund, a public interest nonprofit. She is an elected member of the American Law Institute, sits on the board of advisors for the Center for Litigation and the Courts at the UC College of the Law, San Francisco, and serves on the executive committee of the local chapter of the Federal Bar Association. Dena co-wrote a chapter in the ABA's "Class Action Strategy and Practice Guide," and the widely-cited *Sedona Principles: Best Practices and Principles for Electronic Document Production (Third Edition)*. She is the immediate past co-chair for the Northern District of California's Lawyer Representatives to the Ninth Circuit Judicial Council.

Dena was recognized as the 2023 and 2025 "Lawyer of the Year" in San Francisco for Plaintiffs' Mass Tort / Class Action Litigation by *Best Lawyers in America*, and selected as a "Titan of the Plaintiffs' Bar" by *Law360* in April 2023. Dena has three times been named to the *National Law Journal*'s "Elite Women of the Plaintiffs' Bar," honoring her as one of only a handful of lawyers nationwide who has "consistently excelled in high-stakes matters on behalf of plaintiffs." The *Daily Journal* has also recognized her as one of the "Top Antitrust Lawyers in California" and "Top Women Lawyers" in California. In 2023, Dena was selected as one of the Top 100 Super Lawyers in Northern California, and since 2020 she has been recognized by *San Francisco* magazine as one of the "Top 50 Women Attorneys in Northern California." Dena is a graduate, *cum laude*, of the University of California College of the Law, San Francisco, and earned her undergraduate degree from Brown University, where she graduated *magna cum laude*. A first-generation American, Dena is fluent in Spanish and German.



**Adam Polk's** experience spans all aspects of civil litigation, from initial case investigation and complaint preparation through trial and settlement. Respected among his peers for his leadership, preparation, and client-centered decision-making, Adam's practice encompasses a range of class action matters, including products liability, consumer finance, securities, antitrust, corporate governance, life science, and sexual abuse.

Adam currently serves as co-lead counsel in *In re Hewlett Packard Enterprise Co. Shareholder Litigation* (a securities case alleging Hewlett Packard misled investors when it merged with Computer Science Corporation Inc. to form DXC Technology Company); *In re Accellion Data Breach Litigation* (litigation following a data breach incident involving the theft of sensitive information in files loaded to Accellion's File Transfer Appliance system); *In re Huntington Bancshares Inc. Shareholder Litigation* (alleging violations of the Securities Act of 1933); and *In re MCG Health Data Security Issue Litigation* (centering on alleged exfiltration of personal health information). He also serves on the leadership teams in *In re Consumer Vehicle Driving Data Tracking Collection*, *In re Change Healthcare, Inc. Customer Data Security Breach Litigation*, *In re PFA Insurance Marketing Litigation*, *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*, and *In re Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*.

Recently, Adam served as a key member of the trial team in *In re Pacific Fertility Center Litigation*. In a landmark result, the jury awarded approximately $15 million for the loss of four families' eggs and embryos. A global resolution with the tank manufacturer followed for the dozens of households represented by Girard Sharp.

Adam has taken a leading role in several recent cases that resolved favorably for his clients, including *In re Maxar Technologies Inc. Shareholder Litigation* (a Securities Act case that resolved for $36.5 million); *In re Subaru Battery Drain Litigation* (a consumer protection action concerning defective batteries in Subaru vehicles); *Bentley v. LG Electronics U.S.A., Inc.* and *Sosenko v. LG Electronics U.S.A., Inc.* (class actions alleging that LG's refrigerators are defective and prone to premature failure); *In re Nexus 6P Products Liability Litigation* and *Weeks v. Google LLC* (two consumer class actions against Google relating to defective mobile phones, which resolved for a combined $17 million); and *In re Sears Holdings Corporation Stockholder and Derivative Litigation* ($40 million settlement).

Adam is active in the American Bar Association, where he serves as the current co-chair of the ABA's National Institute on Class Actions and co-chair of the Virtual Programming Board. He also serves as a leader of the American Association for Justice's Class Action Litigation Section.

Adam has been recognized as a National Trial Lawyers "Top 40 Under 40" every year since 2019. Adam was also named to *Best Lawyers*' "Ones to Watch" list in 2021 and 2022, and honored in 2022 as a "Rising Star of the Plaintiffs Bar" by the *National Law Journal*. In 2023, he was named one *Lawdragon*'s "500 Leading Consumer Plaintiff Lawyers." He has been selected by his peers as a Northern California Super Lawyer, Rising Star every year since 2013.

**Sarah London** is a skilled and experienced trial lawyer who is relentless in her pursuit of justice. She is a trusted advocate routinely appointed by courts to lead high-profile, complex cases of significant public and societal importance.



Sarah currently serves as Co-Lead and Liaison Counsel in the multidistrict litigation against Uber on behalf of passengers who were sexually assaulted by drivers. The lawsuits claim that Uber has long been aware of the risk and prevalence of sexual assault on its platform but has continued to market it as safe and failed to protect its passengers.

In line with her passion for women's advocacy, Sarah is an innovator in cases involving failures in the fertility industry. She has taken on genetic testing companies and IVF product manufacturers for the loss of eggs and embryos, including in litigation involving a cryopreservation tank failure at a fertility clinic in San Francisco, which resulted in a historic trial verdict.

Sarah also advocates for those harmed by vaping and tobacco companies. She cut her teeth litigating and managing more than 3,000 cases brought on behalf of smokers and their families, ultimately leading to an unprecedented $100 million settlement. More recently, she served as Co-Lead and Liaison Counsel in the Juul multidistrict litigation, leading a team of more than 65 law firms across more than 7,000 lawsuits alleging that the marketing, design, and distribution of the Juul e-cigarette caused a youth vaping epidemic. Sarah led the litigation to resolution in less than two and a half years. She also represents families against Stiiizy, Inc., bringing groundbreaking product liability claims arising from youth-oriented marketing, deceptive advertising, and unreasonably dangerous high-potency THC cannabis products.

Also an experienced advocate for those injured by unreasonably dangerous drugs and medical devices, Sarah was appointed to serve on the Plaintiffs' Executive Committee in the Gilead HIV Drug Kidney & Bone Injuries Litigation in San Francisco Superior Court, involving claims that Gilead withheld a safer alternative HIV drug from the market to protect its profits over patient safety. She has litigated and successfully resolved hundreds of claims involving defective transvaginal mesh and hidden dangers in heavily promoted birth control products.

A highly sought after speaker and lecturer, Sarah has spoken at numerous bench and bar events, including conferences and panels sponsored by the Federal Bar Association, the Judicial Panel on Multidistrict Litigation, Northern District of California Lawyer Representatives, American Bar Association, American Association for Justice, Trial Lawyers of Mass Torts, Harris Martin, Mass Torts Made Perfect, Bar Association of San Francisco, Consumer Attorneys of California, and the San Francisco Trial Lawyers Association.

Sarah has held multiple leadership positions in the Consumer Attorneys of California, including her current position as Treasurer on the Executive Committee. In September 2019, Sarah was appointed Chair of the Resource Board of the National Association of Women Judges. When she's not practicing law, Sarah enjoys hiking, traveling, and dancing in the living room with her family.

**Jordan Elias** has pursued civil claims against oil and tobacco companies, price-fixing cartels, pharmaceutical companies and the nation's largest banks.



Jordan argued the first substantive motion in the digital advertising monopoly litigation against Google. He was the primary author of the plaintiffs' briefs in the California Supreme Court in the Cipro "pay-for-delay" antitrust case, and led the appeal in *In re U.S. Office of Personnel Management Data Security Breach Litigation*, 928 F.3d 42 (D.C. Cir. 2019), where the court reversed the dismissal of a case brought on behalf of 22 million federal government employees and job applicants whose sensitive private information was hacked. Federal judges have described his advocacy as "very thorough" and "clearly in the public interest."

Jordan has been recognized by his peers for inclusion in *The Best Lawyers in America*. A former chief arbitrator for the San Francisco Bar Association's attorney fee disputes program, he received a California Lawyer Attorney of the Year (CLAY) award in 2016 and has been recognized as a Northern California Super Lawyer, Appellate, since 2014.

Jordan's writing and expertise are not limited to case work. He authored the Supreme Court chapter, and co-authored the Ninth Circuit chapter, in the American Bar Association's authoritative *Survey of Federal Class Action Law*. For several years he has been responsible for the chapter on antitrust standing, causation, and remedies in *California State Antitrust and Unfair Competition Law* (Matthew Bender). Jordan also co-authored the chapter on CAFA exceptions in both the 2013 and 2022 editions of *The Class Action Fairness Act: Law and Strategy*, an ABA book.

Jordan's law review articles include *The Multistate Problem in Consumer Class Actions and Three Solutions*, 17 Harvard Law & Policy Rev. 101 (2023), *Course Correction—Data Breach as Invasion of Privacy*, 69 Baylor L. Rev. 574 (2018), and *"More Than Tangential": When Does the Public Have a Right to Access Judicial Records?*, 29 Journal of Law & Policy 367 (2021). His bar journal articles include "Antitrust Restoration from California Anchored by a New Monopolization Synthesis," Vol. 33 No. 1 *Competition: J. Anti. & Unfair Comp. L. Sec. St. B. Cal* 34 (Spring/Summer 2023), "Does *Bristol-Myers Squibb Co. v. Superior Court* Apply to Class Actions?" *ABA Section of Litigation, Class Actions & Derivative Suits* (Feb. 25, 2020) (co-author), "Tilting at Windmills: Nationwide Class Settlements after *In re Hyundai and Kia Fuel Economy Litigation*," *ABA Section of Litigation, Class Actions & Derivative Suits* (Feb. 28, 2018) (co-author), and *Putting* Cipro *Meat on* Actavis *Bones*, Vol. 24 No. 2 *Competition: J. Anti. & Unfair Comp. L. Sec. St. B. Cal.* 1 (2015). He has filed friend-of-the-court briefs representing legal scholars, the American Independent Business Alliance, and the League of Women Voters. In 2017 he was elected to the American Law Institute.

Jordan is a native Californian who attended Harvard-Westlake School in Los Angeles. After earning his J.D. from Stanford Law School, where he served on the law review, Jordan clerked for the late Ninth Circuit Judge Cynthia Holcomb Hall. At Yale College he was an all-Ivy League sprinter and received the Field Prize for best dissertation or senior thesis in the humanities.

**Scott Grzenczyk** is a partner at Girard Sharp with wide-ranging experience in complex litigation. He has served as a member of leadership teams that have recovered billions of dollars on behalf of plaintiffs. Scott brings a tireless work ethic and a practical, results-oriented approach to his cases, believing that the best results are achieved by looking at each case holistically and using creative strategies to overcome challenges. He has successfully applied this thoughtful, dedicated approach to representing clients in antitrust and consumer protection matters, among others.



For nearly a decade, Scott has represented union health and welfare funds in cases alleging that large, multinational drug companies illegally inflated the price of prescription drugs. He has developed an in-depth knowledge of the pharmaceutical industry and the unique challenges that come with prosecuting antitrust claims against drug companies, which has helped him achieve precedent-setting recoveries, including a $104.75 million settlement shortly before trial in a case concerning the prescription drug Lidoderm. He plays a central role in the end-payors' efforts in *In re Generic Pharmaceuticals Antitrust Litigation* and *In re Xyrem Antitrust Litigation,* as well as the recently-settled *In re Restasis Antitrust Litigation,* in which he led the end-payors' successful bid to obtain class certification. Scott is also a key member of the co-lead counsel teams in antitrust cases outside of the pharmaceutical industry, including *In re Google Digital Advertising Antitrust Litigation* and *In re California Gasoline Spot Market Antitrust Litigation.*

Scott has a track record of successfully representing consumers in cases involving fraud and unfair business practices. He was an integral member of the co-lead counsel team in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, and took primary responsibility for legal briefing and discovery related to the plaintiffs' class action claims. After certification of nationwide and California classes, the class action settled for $300 million. Scott served as co-lead counsel for policyowners alleging that Lincoln National increased premiums in violation of the policy terms. The litigation—including a coordinated proceeding involving other policyowners—settled for $117.5 million. Scott led the firm's litigation efforts in a class action filed by native inhabitants of Guam bringing due process and equal protection claims against the government of Guam. During law school, he successfully argued a precedent-setting immigration case before the U.S. Court of Appeals for the Ninth Circuit. Scott also volunteers with the Federal Pro Bono Project of the Bar Association of San Francisco, including having represented a plaintiff who alleges the San Francisco Zen Center discriminated against him on the basis of his disability in violation of the Americans with Disabilities Act.

In addition to his work in the courts, Scott serves as Vice-Chair of the Civil Procedure and Practice Committee of the American Bar Association's Antitrust Section. He regularly speaks and writes on discovery, expert witness, and antitrust issues. In 2024, Lawdragon recognized Scott as one of the "500 Leading Plaintiff Financial Lawyers" and in 2023 the *Daily Journal* named him as one of the "Top Antitrust Lawyers in California." In 2020, he received the American Antitrust Institute's Outstanding Litigation Achievement by a Young Lawyer. He has been named to *Best Lawyers*' "Ones to Watch" list every year since 2021 (including in the categories of antitrust, class actions, and products liability in 2024), and has been selected as a Rising Star in Northern California by Super Lawyers since 2013.

**Simon Grille** is a partner at Girard Sharp, representing plaintiffs in all forms of class and complex litigation. He has taken a lead role in consumer class actions against some of the largest companies in the world and has recovered tens of millions of dollars for the firm's clients.



Simon has substantial experience in all aspects of civil litigation. In *In re MacBook Keyboard Litigation*, No. 5:18-CV-02813-EJD, 2021 WL 1250378 (N.D. Cal. Apr. 5, 2021), Simon led the firm's successful efforts in certifying a multistate class, withstanding sophisticated challenges to Plaintiffs' experts and a Rule 23(f) petition, and securing a $50 million settlement on behalf of purchasers of MacBook laptops with ultrathin "butterfly" keyboards. He served on the lead counsel team in *Bentley v. LG Electronics U.S.A., Inc.* and *Sosenko v. LG Electronics U.S.A., Inc.* (settlement providing multi-thousand dollar recoveries to class members who purchased allegedly defective LG refrigerators); and in *In re Nexus 6P Products Liability Litigation* and *Weeks v. Google LLC* (two consumer class actions against Google relating to defective mobile phones, which resolved for a combined $17 million).

Simon also has significant experience in the area of privacy litigation. He was appointed lead counsel in *Ochoa et al. v. The Regents of the Univ. of Cal. et al.*, No. RG21097796 (Cal. Super. Ct., Alameda Cnty.), a case brought on behalf of victims of a data breach affecting the University of California. He has also played an integral role on the lead counsel team in *In re U.S. Office of Personnel Management Data Security Breach Litigation*, 928 F.3d 42 (D.C. Cir. 2019), which settled for $63 million and will compensate federal employees and job applicants whose highly sensitive personnel files were exposed in a 2015 data breach. Simon also served on the plaintiffs' executive committees in *In re Experian Data Breach Litigation*, No. 8:15-cv-01592-AG (C.D. Cal.), and *In re 21st Century Oncology Customer Data Security Breach Litigation*, 380 F. Supp. 3d 1243 (M.D. Fla.), which resulted in settlements valued in excess of $39 million and $12.5 million, respectively. Simon's latest efforts in protecting Americans' privacy in the digital age include leading the firm's Video Privacy Protection and Wiretap cases, against such companies as Patreon, Rakuten Viki, Fandom, and Prudential Financial. In addition, he has successfully led several cases under the Telephone Consumer Protection Act. Simon welcomes the challenges of complex civil litigation, approaching each case with a creative problem-solving approach and an unwavering commitment to obtaining the best possible outcome for his clients.

Simon was recognized as a 2023 "Top 40 under 40" Lawyer by The Daily Journal and has been included repeatedly on the "Super Lawyers: Rising Stars" and "Best Lawyers: Ones to Watch" lists. He regularly speaks on panels regarding complex litigation at national conferences and national webinars. He was editor of the American Association for Justice's Class Action Newsletter and served as a volunteer fee arbitrator for the Bar Association of San Francisco.

Before joining Girard Sharp, Simon represented victims of toxic exposure in complex civil litigation. He also has experience working in-house at a multinational company and as an extern for the Honorable Arthur S. Weissbrodt of the United States Bankruptcy Court for the Northern District of California.

**Trevor Tan** focuses on consumer protection class actions and other complex civil litigation, specializing in legal research and writing. He has been honored as a Rising Star by Super Lawyers since 2019 and appears on *Best Lawyers*' "Ones to Watch" list.



Trevor has considerable experience working in judicial chambers. Before joining Girard Sharp, he clerked for the Honorable Fernando M. Olguin of the U.S. District Court for the Central District of California. Trevor also clerked for Judges of the Los Angeles County Superior Court and the court's Appellate Division, and served as an extern for the Honorable George H. Wu in the Central District of California.

Trevor received his J.D. from the University of Chicago Law School. During law school, in addition to serving as a judicial extern, he served as a law clerk with the Illinois Attorney General. He also served as a child advocate with the school's immigrant child advocacy clinic and worked on behalf of immigrant children from China. After law school, Trevor represented unaccompanied minors in removal proceedings as a fellow at the Young Center for Immigrant Children's Rights.

**Andrew Kaufman** is a skilled and polished writer and oral advocate with ten years of experience representing plaintiffs in complex mass torts and class actions. He currently serves as Co-Chair of the Law & Briefing Committee in the multidistrict litigation against Uber on behalf of passengers sexually assaulted by drivers. Previously, Mr. Kaufman was co-lead of Law & Briefing for the bellwether team in the Juul multidistrict litigation that tried a school district case against Altria (the parent company of Philip Morris), resulting in a $235 million settlement after the plaintiff rested its case. He also led the briefing teams defending several historic verdicts on behalf of smokers in the Florida Engle litigation. He represented injured municipalities, native American tribal entities, and third-party payors in the McKinsey opioid litigation, including navigating complex issues of preclusion and municipal authority, resulting in nationwide settlements. He played key roles in landmark class actions, including serving as class counsel in the Kona coffee



litigation that protected the hardworking farmers of the Kona region of Hawaii by prosecuting Lanham Act claims against alleged manufacturers and sellers of fake Kona coffee. Before joining Girard Sharp, Mr. Kaufman was a partner at a national Plaintiffs' firm and clerked on the Sixth Circuit and the District of Columbia Court of Appeals.

## Senior Advisor and Of Counsel

**Daniel Girard** founded the firm in 1995 to offer dedicated, professional representation to everyday Americans. Dan believes that individuals who work hard and play by the rules deserve the same focused, skillful representation enjoyed by corporations, banks, and insurance companies. Under Dan's leadership, Girard Sharp has become one of the most respected and experienced class action law firms in the United States, consistently delivering outstanding results in challenging cases.



Dan has been appointed by federal courts to lead class actions brought under a range of federal and state laws, often involving investments and consumer financial services matters. Dan currently serves as lead counsel in the *GWG Holdings Securities Litigation* in the Northern District of Texas, the *Wells Fargo J&J Investments Litigation* in the District of Nevada and the *PFA Insurance Marketing Litigation* in the Northern District of California. He recently served as counsel for investors in the Woodbridge Investments, Jay Peak EB-5 Investments, Peregrine Financial Group and Provident Royalties cases, all of which involved parallel bankruptcy and criminal or regulatory proceedings against investment promoters. He has led successful class actions in such areas as securities, corporate governance, telecommunications, unfair competition, federal statutory rights, predatory lending, sexual abuse, product liability, and constitutional law.

In addition to individuals, Dan's past and present clients include municipal and state employee retirement systems, public employee unions, financial institutions, property and casualty insurers, and NYSE companies.

Dan has been privileged to serve the federal court system through his work on federal rulemaking committees. He was appointed by Chief Justice William H. Rehnquist to the United States Judicial Conference Advisory Committee on Civil Rules in 2004 and served on the Civil Rules Committee through 2010. Chief Justice John G. Roberts appointed Dan to the Standing Committee on Rules of Practice and Procedure in 2015 and reappointed him to a second term in 2018. Dan's article, "Limiting Evasive Discovery: A Proposal for Three Cost-Saving Amendments to the Federal Rules," 87 Denver University Law Review 473 (2010), proposed several rule amendments that were ultimately adopted in Federal Rule of Civil Procedure 34(b)(2).

Dan serves as a member of the Council of the American Law Institute, where he chairs the Audit Committee and serves on the Membership and Development Committees. He has been recognized in *The Best Lawyers in America* since 2012, and as a Northern California Super Lawyer since 2007. He is a longstanding member of the American Bar Association, Section on Business Law, Corporate and Business Litigation Committee.

## Associates

**Mikaela Bock** advocates for injured consumers and other purchasers in complex civil litigation, including the *California Gasoline Spot Market Antitrust Litigation*, an antitrust case alleging illicit manipulation of the spot market for gasoline in California. She also represents advertisers suing Google for monopolizing online advertising markets and consumers whose credit was inaccurately reported by Equifax. In addition, Mikaela plays a central role in the firm's ongoing case against Natera, a provider of prenatal screening tests that plaintiffs allege are unreliable and inaccurate. She has also volunteered with the Federal Pro Bono Project of the Bar Association of San Francisco.



During law school, Mikaela externed in the Northern District of California and was the national champion of the Evan A. Evans Constitutional Law Moot Court Competition. She previously worked for Teach for America, teaching seventh graders in East Palo Alto, California.

**Samhita Collur** advocates for plaintiffs in class actions and other complex civil litigation.

Samhita earned her J.D., *cum laude*, from the University of Wisconsin Law School. During law school, she interned for Justice Jill Karofsky of the Wisconsin Supreme Court. She also served as a member of the Moot Court Board and was awarded Best Oral Advocate for her performance at the Seigenthaler Sutherland First Amendment Moot Court Competition. As part of her law school's immigration clinic, Samhita also represented immigrants seeking humanitarian relief.



Before law school, Samhita worked as a Program Manager for a community-based nonprofit organization in San Francisco offering accessible financial services.

**Reid Gaa** focuses on complex civil litigation, including consumer protection and digital privacy matters. Reid has participated in nearly all phases of litigation, including drafting pleadings, coordinating document discovery, preparing dispositive motions, and taking and defending depositions. Before joining Girard Sharp, Reid litigated complex civil cases at a plaintiff-focused boutique firm and represented retailer defendants at an *Am Law* Top 100 law firm.



Reid earned his J.D., *cum laude*, from the University of California College of the Law, San Francisco. While in law school, Reid served as a member of the Moot Court Student Board and as a teaching assistant for the Legal Writing and Research Department. He also competed in several moot court competitions, receiving an award as co-author of the best brief at the Chicago Bar Association competition. Reid was named to the Northern California Super Lawyers "Rising

Stars" list in 2023.

**Erika Garcia** handles complex e-discovery matters for the firm.



Before joining Girard Sharp, Erika worked at a large international law firm with a focus on class action and commercial litigation as well as regulatory investigations. She has negotiated and drafted numerous confidentiality agreements in the mergers and acquisitions setting.

Erika is fluent in Spanish and previously served as a volunteer advocate in Ecuador for refugees from other Latin American countries.

Erika received her J.D. from the University of California College of the Law, San Francisco. She is admitted to practice in California and New York.

**Nina Gliozzo** represents plaintiffs in complex litigation, with an emphasis on consumer and fertility-related litigation. Nina has played a central role on the trial teams in high-profile cases. In the *Pacific Fertility* trial, which resulted in a precedent-setting $15 million jury verdict against the manufacturer of a malfunctioned storage tank at an IVF clinic, Nina took the direct examinations of women and couples whose frozen eggs and embryos were lost in the tank failure. In the *JUUL* MDL, Nina played an integral role throughout the case, developing claims against key defendants, conducting discovery, working to obtain class certification, defending the certification order on appeal, and helping to prepare cases for trial. Following a global settlement with Juul and other defendants, Nina was a key trial team member in the first bellwether case against Altria (formerly Philip Morris). Altria settled after the plaintiff rested its case, bringing the total settlements to nearly $2 billion. She also plays



a central role in the firm's work in the *Prudential* wiretapping case, as well as several ongoing confidential fertility matters.

Before joining Girard Sharp, Nina clerked for the Honorable Marsha S. Berzon of the U.S. Court of Appeals for the Ninth Circuit. She earned her J.D., *magna cum laude*, from the University of California College of the Law, San Francisco. During law school she externed for the Honorable Charles R. Breyer, U.S. District Judge for the Northern District of California. She presently serves on the Advisory Committee for the Complex Litigation Ethics Conference. While she was in law school, Nina also served as Executive Symposium Editor for the *Hastings Law Journal,* organizing a symposium featuring a conversation with former Supreme Court Justice Anthony M. Kennedy.

Nina was recognized as a Northern California Super Lawyers "Rising Star" in 2023.

**Sean Greene** brings his experience in insurance defense to his representation of investors and policyholders at Girard Sharp. His current work includes representing investors in the *GWG Holdings Securities Litigation* in the Northern District of Texas and policyholders in the *PFA Insurance Marketing Litigation* in the Northern District of California.



Sean attended the University of California College of the Law, San Francisco, where he earned Moot Court Honorable Mention in Oral Advocacy and served an officer of the Hastings Health Law Organization. Before law school, he gained extensive knowledge of insurance from working on public health initiatives to provide health care to underprivileged schoolchildren in Northeast Pennsylvania.

**Jordan Isern** advocates for plaintiffs in class actions and other complex litigation, with a focus on antitrust. Jordan is a graduate of Harvard Law School. There, she served as Executive Technical Editor of the *Civil Rights–Civil Liberties Law Review* and published several articles for the *Covid-19 and the Law Series Blog*.



Before joining Girard Sharp, Jordan worked for the Department of Justice, Antitrust Division and externed for the Honorable Michael Baylson of the Eastern District of Pennsylvania. She also interned at several nonprofit legal organizations, including the Asian American Legal Defense and Education Fund and the Pennsylvania Innocence Project.

Outside the courtroom, Jordan is an avid outdoor enthusiast. She enjoys rock climbing and has backpacked parts of the Appalachian, Continental Divide, and Pacific Crest trails.

**Patrick Johnson** brings his federal civil litigation experience to bear for his clients in class actions and other complex civil litigation. His primary focus is on consumer protection, securities, and antitrust.



Before joining Girard Sharp, Patrick clerked for Magistrate Judge Laurel Beeler of the Northern District of California. He also litigated at an Am Law Top 100 law firm practicing complex commercial litigation and white-collar investigations.

Patrick earned his J.D. from the University of California, Berkeley, School of Law. In addition to his coursework, Patrick interned for the U.S. Department of State and was a judicial extern for the Supreme Court of California, working under Associate Justice Ming W. Chin. He also competed in several mock trial competitions, including winning the Western Division of the National Trial Competition. Patrick continues to coach Berkeley Law mock trial teams in his free time.

Patrick has also volunteered with the Federal Pro Bono Project of the San Francisco Bar Association, representing a plaintiff who alleged the City of Hayward discriminated against him in violation of the Americans with Disabilities Act.

**Maya Kalonia** advocates for plaintiffs in class actions and other complex litigation. Maya earned her J.D. from the University of California, Berkeley, School of Law. In addition to her coursework, Maya interned for the California Attorney General's Consumer Protection Section and the Federal Trade Commission. Maya also participated in Berkeley Law's Consumer Justice Clinic with the East Bay Community Law Center.



Before attending law school, Maya was a policy advisor for United States Senator Richard Blumenthal in Washington, D.C. Maya handled consumer protection policy matters for the Senator in his capacity as Ranking Member of the Senate Commerce Subcommittee on Consumer Protection.

**Kristen Palumbo** is an experienced litigator who focuses her practice on antitrust cases, class actions and other high-stakes complex commercial litigation. Kristen is experienced in all phases of litigation, including pre-filing investigations, fact discovery, document review, expert discovery, motion practice, settlement and trial. She has received favorable results for her clients across a wide range of industries and technologies, including energy, accounting, consumer electronics, microprocessors, flash memory and data storage systems, biometric authorization and payment solutions, enterprise software and support services. Kristen has also represented pro bono clients in a variety of matters, primarily focused on prisoner's rights.



Before joining the firm, Kristen was an antitrust and commercial litigator at two international law firms, where she chaired the firms' San Francisco Pro Bono and Charitable Giving Committees and served on the firms' Diversity and Hiring Committees.

**Kyle Quackenbush** prosecutes class actions and other complex civil litigation. He has participated in all stages of litigation, including drafting pleadings, coordinating document discovery, taking depositions, preparing dispositive motions, and trial. Kyle currently contributes to the Girard Sharp co-lead counsel team in *In re California Gasoline Spot Market Antitrust Litigation* (litigation stemming from alleged manipulation of a benchmark price for gasoline sold in California), *In re In re Accellion Data Breach Litigation* (litigation following a data breach incident involving the theft of sensitive information); *In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) (litigation concerning the vaping epidemic, which delivered nearly $2 billion in recoveries for the plaintiffs); and *In re Natera Prenatal Testing Litigation* (litigation alleging seller of prenatal tests omitted information concerning the test's accuracy).



Kyle has volunteered for the Federal Pro Bono Project of the Bar Association of San Francisco since receiving his bar license, engaging in full and limited scope representation of plaintiffs. During law school, Kyle was a Summer Honors Legal Intern at the Federal Trade Commission's San Francisco office, and a Legal Extern at the Washington State Attorney General's Office. While at the FTC, he co-authored *The Efficiencies Defenestration, Are Regulators Throwing Valid Healthcare Efficiencies Out The Window?*, published in the winter 2017 issue of the Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association.

In addition to his membership in the American Bar Association and the Bar Association of San Francisco, Kyle participates in the Barristers Association of San Francisco, working to provide information and resources to lawyers in their first ten years of practice. In 2023, *Lawdragon* named Kyle as among the Lawdragon 500 X – The Next Generation. Kyle has also been selected by his peers as a Northern California Super Lawyer "Rising Star" each year since 2020.

**Tony Rogari** focuses on complex civil litigation, including consumer digital privacy litigation.



Tony earned his J.D. from the University of California, Davis School of Law. During law school, he served as a Senior Online Editor for the *UC Davis Law Review* and published his student Note, *Consolidating Charter City Elections: An Argument for Extending the California Voter Participation Rights Act*. Tony also was a Training Chair for the trial practice program and competed in several mock trial competitions. In addition, he participated in the school's Civil Rights Clinic as a student advocate working on prisoner law cases.

**Peter Touschner** handles complex class action discovery matters for the firm. Before joining Girard Sharp, Peter represented class members harmed by Volkswagen's emissions-related fraud, as well as insureds who were charged inflated premiums due to the anticompetitive practices of a hospital conglomerate.



Peter previously worked as a Research Attorney at the Center for Democracy and Technology, where he investigated deceptive online advertising practices and evaluated proposed cybersecurity legislation. During law school, Peter externed for U.S. District Judge Charles R. Breyer and served as Senior Articles Editor for the *Hastings Science and Technology Law Journal*.

**Isabel Velez** advocates for plaintiffs in class actions and other complex civil litigation.

Isa earned her J.D., magna cum laude, from the University of California College of the Law, San Francisco, where she also concentrated in Social Justice Lawyering.  During law school, she advocated for workers' rights though participating in two UC Law clinics, where she provided legal advice to low wage workers and represented a client in a wage and hour claim.



## Favorable Outcomes and Significant Recoveries

### Antitrust

*In re Lidoderm Antitrust Litigation*, No. 14-md-02521 (N.D. Cal.). Girard Sharp lawyers were appointed co-lead counsel in a class action on behalf of end-purchasers of the prescription drug Lidoderm who alleged that two drug companies, Endo Pharmaceuticals and Teikoku Pharma, unlawfully paid a third, Watson Pharmaceuticals, to delay the launch of more affordable generic Lidocaine patches. The firm secured a $104.75 million settlement on the eve of trial. The court wrote that "Class counsel provided their clients with diligent and skilled representation in this matter" and "their efforts produced substantial benefits for the End-Payor Class."

*In re Restasis Antitrust Litigation,* No. 1:18-md-02819 (E.D.N.Y.). Girard Sharp serves as co-lead counsel in this indirect purchaser class action alleging suppression of generic competition to the dry-eye prescription drug Restasis. The plaintiffs alleged that Allergan fended off more affordable generic alternatives through a multifaceted scheme; among other conduct, Allergan sold Restasis patent rights to the St. Regis Mohawk Tribe, which licensed them back to Allergan, which then invoked tribal sovereign immunity in response to a patent challenge. After certifying a class of consumers and third-party payors, Girard Sharp helped secure a $30 million settlement, which was granted final approval in August 2022. The Honorable Nina Gershon found that Girard Sharp and its co-counsel were "extremely qualified and able to represent the certified class" and "extremely experienced in litigating pharmaceutical antitrust cases on behalf of end-payors. During their court appearances before me and in their written submissions, they were thorough, diligent, and professional as they prosecuted this complex, discovery-intensive, and expert-dependent action. In addition to opposing, with nearly complete success, two motions to dismiss, counsel litigated, intensively and successfully, a complicated class certification motion, which involved not only extensive briefing but a two-day evidentiary hearing."

*In re Capacitors Antitrust Litigation,* No. 3:17-md-02801-JD (N.D. Cal.). Girard Sharp served on the plaintiffs' executive committee for the certified direct purchaser class in this MDL against a large group of defendant manufacturers that allegedly conspired to raise, fix, maintain and stabilize prices of aluminum, tantalum and film capacitors—products commonly found in computers, vehicles, smart devices and other electronics. The defendants' global conspiracy was centered in East Asia. Girard Sharp was responsible for developing the case against U.S. defendant KEMET, which

ultimately agreed to pay $62 million—over 12% of non-trebled damages. Total settlements in the litigation exceeded $604 million.

*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). The firm served as liaison counsel for the direct purchaser plaintiffs and certified direct purchaser class in this multidistrict antitrust litigation against makers of LCD screens alleging a far-reaching conspiracy to raise, fix, maintain and stabilize prices. The direct purchasers achieved settlements of more than $400 million.

*In re Aggrenox Antitrust Litigation*, No. 14-md-2516 (D. Conn.). Girard Sharp served on the Plaintiffs' Executive Committee in this "pay-for-delay" litigation accusing Teva Pharmaceuticals USA, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. of illegally agreeing to keep generic Aggrenox off the market. The case settled for $54 million.

*In re Solodyn Antitrust Litigation,* No. 14-md-2503 (D. Mass.). The firm served on the Plaintiffs' Executive Committee in this action alleging that Medicis Pharmaceuticals and several generic drug manufacturers conspired to monopolize the market for the acne drug Solodyn. The case settled for over $40 million in cash.

*In re Natural Gas Antitrust Cases I, II, III and IV*, J.C.C.P. No. 4221 (Cal. Super. Ct., San Diego Cty.). Girard Sharp served on the leadership team in coordinated antitrust litigation against numerous natural gas companies for manipulating the California natural gas market. The firm helped achieve settlements of nearly $160 million.

## Securities and Financial Fraud

*In re Maxar Technologies Inc. Shareholder Litigation*, No. 19CV357070 (Cal. Super. Ct., Santa Clara Cty.). Serving as co-lead counsel, Girard Sharp prosecuted this certified class action on behalf of investors of Maxar Technologies, Ltd. (NYSE: MAXR) who alleged material misstatements and omissions concerning the performance and financial outlook of one of Maxar's core business units. In December 2023, the Superior Court granted final approval of a $36.5 million settlement—one of the largest securities judgments ever achieved in California state court.

*In re JPMorgan Precious Metals Spoofing Litigation*, No. 1:18-cv-10356 (S.D.N.Y). Girard Sharp served on the Plaintiffs' Executive Committee in a class action against JPMorgan Chase & Co. for market manipulation in violation of the Commodities Exchange Act. In July 2022, the court approved a $60 million settlement that fully compensated claimants for their losses.

*In re Woodbridge Investments*, No. 2:18-cv-00103 (C.D. Cal.). Girard Sharp served as lead counsel representing investors in securities issued by the Woodbridge Group of Companies. Woodbridge and its founder Robert Shapiro—now serving a 25-year prison sentence—operated a massive Ponzi scheme from 2012 through 2017. Plaintiffs alleged that Comerica Bank, which serviced all the Woodbridge accounts, knew of and substantially assisted the fraud. Acting as lead counsel, Girard Sharp worked closely with the Woodbridge bankruptcy trustee and prevailed in large part against Comerica's motion to dismiss. After substantial discovery, and with class certification fully briefed, the parties (including the trustee) reached a $54.2 million settlement for the investors.

*In re CannTrust Holdings, Inc. Securities Litigation*, No. 1:19-cv-06396-JPO (S.D.N.Y.). Girard Sharp represented investors in California state court against officers, directors and underwriters involved with a Canada-based cannabis operation that was running unregistered "grows." Coordinated with litigation in Canada, the *CannTrust* case settled for $83 million.

*Magowski v. The Parking REIT, Inc.*, No. 24-C-19-003125; *Barene v. The Parking REIT, Inc.*, No. 24-C-19-003527 (Circuit Court for Baltimore City). Girard Sharp and co-counsel sued The Parking REIT's CEO and Chairman, Michael Shustek, along with the REIT's directors, on behalf of investors who faced a complete loss on their investments after Shustek carried out a series of alleged self-dealing transactions in connection with internalizing the company's external manager. After deposing whistleblowers, Girard Sharp coordinated negotiations among The Parking REIT, the individual defendants, plaintiffs in a separate suit in federal court in Nevada, and a potential acquirer to arrive at a settlement that provided for cash payments to the stockholders, an injection of new capital into the company, and forfeiture of Shustek's right to receive additional shares. The court described this result as "well more than adequate" as it delivered more than half the maximum potential recovery in the case.

*Daccache v. Raymond James Financial, Inc.*, No. 1:16-cb-21575-FAM (S.D. Fla.). Girard Sharp served as a member of the leadership team representing investors in various Jay Peak EB-5 Immigrant Investor Program project offerings. The investors' funds were diverted and misappropriated instead of being applied to the intended project to develop the area surrounding the Jay Peak Ski Resort. In June 2017, the court approved a settlement of $150 million for the investors.

*In re Oppenheimer Rochester Funds Group Securities Litigation*, No. 09-md-02063-JLK (D. Colo). Girard Sharp represented investors who were misled by the Oppenheimer California Municipal Bond Fund about the investment risks associated with the fund's holdings. On November 6, 2017, the Honorable John L. Kane approved a $50.75 million settlement for the investors.

*In re Sears Holdings Corporation Stockholder and Derivative Litigation*, Consolidated C.A. No. 11081-VCL (Del. Ch.). Girard Sharp served as co-lead counsel on behalf of the company in this derivative suit charging CEO and majority owner Edward S. Lampert and other directors with depriving stockholders of the full value of 266 of Sears Holdings' most valuable properties. Girard Sharp obtained a $40 million settlement for Sears Holdings Corporation in the Court of Chancery.

*In re Digex, Inc. Shareholder Litigation*, Consol. No. 18336 (Del. Ch.). Girard Sharp represented the Kansas Public Employees Retirement System, one of two institutional lead plaintiffs in this lawsuit; minority stockholders of Digex, Inc. sued to enjoin MCI WorldCom's planned acquisition of a controlling interest in Digex via a merger with Intermedia Communications, Inc. A settlement approved by the Delaware Chancery Court secured $165 million in MCI WorldCom stock and $15 million in cash for Digex shareholders, as well as non-cash benefits valued at $450 million.

*Billitteri v. Securities America, Inc.*, No. 3:09-cv-01568-F (N.D. Tex.). Girard Sharp served as lead counsel in an action against broker-dealer Securities America, Inc. and its corporate parent, Ameriprise, Inc. in connection with sales of investments in the Provident Royalties and Medical Capital investment schemes. Daniel Girard coordinated negotiations resulting in a $150 million settlement, with $80 million allocated to class plaintiffs represented by Girard Sharp and $70 million allocated to individual investors who had initiated arbitration proceedings. The settlements returned

over 40% of investment losses. In approving the settlement, the court found that Girard Sharp attorneys "possess great competence and experience, and the result reached in this case perfectly exemplifies their abilities. The Court has been extremely impressed with the conduct, skill, and accomplishment of Class Counsel throughout this litigation."

*In re Lehman Brothers Equity/Debt Securities Litigation*, No. 08-Civ-5523 (S.D.N.Y.). Girard Sharp was appointed class counsel for a certified class of retail investors in structured products sold by UBS Financial Services, Inc., following the collapse of Lehman Brothers Holdings, Inc. in the largest bankruptcy in American history. The plaintiffs alleged that UBS misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency. Girard Sharp negotiated a settlement that established a $120 million fund to resolve these claims.

*In re Prison Realty Securities Litigation*, No. 3:99-0452 (M.D. Tenn.). Girard Sharp served as co-lead counsel in this securities class action brought against a real estate investment trust and its officers and directors relating to a merger between Corrections Corporation of America and CCA Prison Realty Trust. The court approved a settlement for over $120 million in cash and stock.

*In re American Express Financial Advisors Securities Litigation*, No. 04-cv-01773-DAB (S.D.N.Y.). Girard Sharp served as co-lead counsel in this class action on behalf of individuals who bought financial plans and invested in mutual funds from American Express Financial Advisors. The case alleged that American Express steered its clients into underperforming "shelf space funds" to reap kickbacks and other financial benefits. The court granted final approval of a settlement providing $100 million in cash and other relief.

*Scheiner v. i2 Technologies, Inc.*, No. 3:01-CV-418-H (N.D. Tex.). Girard Sharp represented the lead plaintiff—the Kansas Public Employees Retirement System—and served as co-lead counsel on behalf of investors in i2 Technologies. The Honorable Barefoot Sanders approved cash settlements for $88 million from the company, its officers, and its former auditor Arthur Andersen. As part of the settlement, i2 agreed to significant corporate governance reforms.

*In re Peregrine Financial Group Customer Litigation*, No. 1:12-cv-5546 (N.D. Ill.). As one of two co-lead counsel, Girard Sharp prosecuted this litigation under the Commodities Exchange Act and state law on behalf of investors who lost millions in the collapse of a commodities futures merchant. The litigation generated recoveries of more than $75 million. The court wrote that counsel "conferred an impressive monetary benefit on the Settlement Class: the funds recovered from U.S. Bank are substantial—both in absolute terms and when assessed in light of the risks of establishing liability and damages."

*CalSTRS v. Qwest Communications*, No. 415546 (Cal. Super. Ct., S.F. Cty.). Girard Sharp represented the California State Teachers Retirement System in this opt-out securities fraud case against Qwest Communications, Inc. and certain of its officers and directors, as well as its outside auditor Arthur Andersen. The case resulted in a precedent-setting $45 million settlement for California schoolteachers.

*In re SLM Corp. Securities Litigation*, No. 08-Civ-1029-WHP (S.D.N.Y.). Girard Sharp served as lead counsel representing investors of SLM Corporation who alleged Sallie Mae, the leading provider of student loans in the United States, misled the public about its financial performance to

inflate the company's stock price. After achieving nationwide class certification, Girard Sharp negotiated a settlement that established a $35 million fund to resolve the investors' claims.

*In re Winstar Communications Securities Litigation*, No. 01 Civ. 11522 (S.D.N.Y.). Girard Sharp represented Allianz of America, Inc., Fireman's Fund and other large private institutional investors against Grant Thornton and other defendants on claims arising out of plaintiffs' investments in Winstar Communications, Inc. The firm achieved a settlement on the eve of trial that provided a recovery rate over 30 times higher than what class members received in a related class action. After deduction of attorneys' fees, the fund returned 78.5% of potentially recoverable losses.

*In re Oxford Tax Exempt Fund Securities Litigation*, No. WMN-95-3643 (D. Md.). Girard Sharp served as co-lead counsel in class and derivative litigation brought on behalf of a real estate limited partnership with assets of over $200 million. The parties reached a settlement providing for exempt issuance of securities under section 3(a)(10) of the Securities Act of 1933, public listing of units, and additional benefits valued at over $10 million.

*Calliott v. HFS, Inc.*, No. 3:97-CV-0924-L (N.D. Tex.). Girard Sharp intervened on behalf of an institutional client in this securities class action arising out of the bankruptcy of Amre, Inc., a seller of home remodeling and repair services. After being designated lead counsel under the Private Securities Litigation Reform Act, Girard Sharp negotiated and obtained court approval of settlements totaling $7.3 million.

*In re Towers Financial Corporation Noteholders Litigation*, MDL No. 994 (S.D.N.Y.). This class action was brought against promoters and professionals linked to a failed investment scheme that the SEC described at the time as being the "largest Ponzi scheme in U.S. history." The case resulted in $6 million in partial settlements and a $250 million judgment entered against four senior Towers executives. Girard Sharp served as liaison counsel and as a Plaintiffs' Executive Committee member. The court stated that "class counsel—particularly plaintiffs' liaison counsel, Daniel Girard—has represented the plaintiffs diligently and ably in the several years that this litigation has been before me." 177 F.R.D. 167, 171 (S.D.N.Y. 1997).

## Deceptive Trade Practices

*In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.). Girard Sharp served as co-lead counsel in this multidistrict litigation concerning the vaping epidemic, which affected countless American youth. The firm represented plaintiffs ranging from e-cigarette purchasers and injured users to school districts and Native American tribes. In May 2023, Girard Sharp lawyers conducted a jury trial against Altria (formerly Philip Morris), which agreed to a $235 million settlement after the plaintiff rested. Girard Sharp also took the lead in pursuing an innovative RICO claim and obtaining certification of nationwide consumer class of e-cigarette buyers. The *JUUL* litigation delivered nearly $2 billion in recoveries for the plaintiffs, including over $300 million in recoveries for class members and an additional $1.7 billion for other plaintiff groups. The Honorable William H. Orrick commented from the bench that the work performed was "really was excellent and the result obtained was also excellent. Just a superb job."

*In re Hyundai and Kia Horsepower Litigation*, No. 02CC00287 (Cal. Super. Ct., Orange Cty.). Girard Sharp served as lead counsel in this coordinated nationwide class action against Hyundai for falsely advertising the horsepower ratings of more than 1 million vehicles over a ten-year period. The case was aggressively litigated on both sides over several years. In all, over 850,000 Hyundai vehicle owners received notice of the settlement, which was valued at $125 million and which provided cash and other benefits to class members.

*In re Chase Bank USA, N.A. "Check Loan" Contract Litigation*, No. 09-2032 (N.D. Cal.). Girard Sharp and several other firms led this nationwide class action alleging deceptive marketing and loan practices by Chase Bank USA, N.A. After certifying a nationwide class, the Honorable Maxine M. Chesney granted final approval of a $100 million settlement benefiting Chase cardholders.

*In re Hyundai and Kia Fuel Economy Litigation*, No. 2:13-ml-2424 (C.D. Cal.). In a lawsuit alleging false advertising in connection with the fuel efficiency of various Hyundai and Kia models, the firm served as liaison counsel and in that capacity regularly reported to the court and coordinated a wide-ranging discovery process. The case resulted in a nationwide class action settlement with an estimated value of up to $120 million.

*In re Providian Credit Card Cases*, J.C.C.P. No. 4085 (Cal. Super. Ct., S.F. Cty.). Girard Sharp served as court-appointed co-lead counsel in this nationwide class action brought on behalf of Providian credit-card holders. The suit alleged that Providian engaged in unlawful, unfair and fraudulent business practices in connection with marketing and assessing fees for its credit cards. The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in consumer credit-card litigation.

*In re MCI Non-Subscriber Telephone Rates Litigation*, MDL No. 1275 (S.D. Ill.). Girard Sharp served as co-lead counsel and recovered an $88 million settlement for MCI telephone subscribers who were charged rates and surcharges applicable to non-subscribers instead of the lower advertised rates. In approving the settlement, the Honorable David Herndon highlighted "the complexity of the issues involved; the vigorous opposition Plaintiffs' counsel faced from sophisticated and well-funded Defendants represented by skilled counsel; the achievement of a very large cash settlement fund under these conditions"; and the "design and implementation of a computerized claims process, which appears to have been highly successful." Daniel Girard argued the key motions in the case and designed the claim procedure.

*Skold v. Intel Corp.*, No. 1-05-CV-039231 (Cal. Super. Ct., Santa Clara Cty.). Girard Sharp represented Intel consumers through a decade of hard-fought litigation, ultimately certifying a nationwide class under an innovative "price inflation" theory and negotiating a settlement that provided refunds and $4 million in *cy pres* donations. In approving the settlement, Judge Peter Kirwan wrote: "It is abundantly clear that Class Counsel invested an incredible amount of time and costs in a case which lasted approximately 10 years with no guarantee that they would prevail. . . Simply put, Class Counsel earned their fees in this case."

*Steff v. United Online, Inc.*, No. BC265953, (Los Angeles Super. Ct.). This nationwide class action was brought against NetZero, Inc. and its parent, United Online, Inc. by former NetZero customers. Plaintiffs alleged that defendants falsely advertised their internet service as unlimited and guaranteed for a specific period of time. The Honorable Victoria G. Chaney of Los Angeles Superior

Court granted final approval of a settlement that provided full refunds to customers whose services were cancelled, and which also placed restrictions on Defendants' advertising.

*Stoddard v. Advanta Corp.*, No. 97C-08-206-VAB (Del. Super. Ct.). This nationwide class action was brought on behalf of cardholders who were promised a fixed APR for life in connection with balance transfers, but whose APR was then raised pursuant to a notice of change in terms. The Honorable Vincent A. Bifferato appointed the firm as co-lead counsel and approved a $7.25 million settlement.

*Khaliki v. Helzberg's Diamond Shops, Inc.*, No. 11-0010-CV-W-NKL (W.D. Mo.). Girard Sharp and co-counsel represented consumers who alleged deceptive marketing in connection with the sale of princess-cut diamonds. The court approved a favorable settlement, recognizing "that Class Counsel provided excellent representation" and obtained "a favorable result relatively early in the case, which benefits the Class while preserving judicial resources." The court further recognized that "Class Counsel faced considerable risk in pursuing this litigation on a contingent basis, and obtained a favorable result for the class given the legal and factual complexities and challenges presented."

*In re Tyson Foods Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. RDB- 08-1982 (D. Md.). Girard Sharp served as Class Counsel on behalf of consumers who purchased chicken products misleadingly labeled as having been "raised without antibiotics." After discovery, counsel negotiated a cash settlement that required Tyson Foods to pay class members and make substantial cy pres contributions to food banks.

## Defective Products

*In re MacBook Keyboard Litigation*, No. 5:18-cv-02813-EJD (N.D. Cal.). Girard Sharp secured a $50 million settlement for purchasers of MacBook laptops fitted with an ultrathin "butterfly" keyboard. After obtaining multistate class certification, the firm, acting as co-lead counsel, pursued the case through expert discovery and summary judgment before securing the settlement. After the court approved the settlement in May 2023, MacBook purchasers who experienced repeat keyboard failures received compensation of several hundred dollars. The Honorable Edward J. Davila recognized Girard Sharp's "skill and diligent prosecution" and found that "Class Counsel achieved excellent results," stating in part that "[t]he Class benefitted from Counsel's decades of experience in prosecuting class actions, evidenced by Class Counsel's successful defense in three rounds of motions to dismiss, certification of the seven-state class and subclasses, and prolonged settlement negotiations . . . in pursuit of the best outcome."

*Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D.N.J.). Girard Sharp served as co-lead counsel representing consumers who paid premium prices for LG refrigerators prone to stop cooling, resulting in spoiled food and medicine, due to a malfunctioning linear compressor part. The plaintiffs reached a settlement under which every refrigerator owner could receive several thousand dollars in compensation, and those without documentation could recover up to $450. The class members also received a five-year extended warranty covering the full cost of repairs for cooling failures. In approving the settlement, the Honorable Madeline Cox Arleo noted that "the settlement is available to over a million and a half Americans who purchased allegedly defective refrigerators; there

is absolutely no -- there is no cap on the award that a claimant can get. Claimants will be made whole, plus the additional warranty."

***Burd v. Subaru of America, Inc.***, No. 1:20-cv-03095-JHR-MJS (D.N.J.). Girard Sharp served as co-lead counsel for owners and lessors of Subaru vehicles with an alleged defect that causes the battery to drain and deplete prematurely, leaving many drivers stranded. After plaintiffs prevailed in significant part on Subaru's motion to dismiss, the case settled on favorable terms, providing class members with cash reimbursements, a technical fix for the battery drain problem, and enhanced warranty protections.

***Weeks v. Google LLC***, No. 18-cv-00801-NC (N.D. Cal.). Girard Sharp served as co-lead counsel representing owners of Google Pixel and Pixel XL smartphones. The lawsuit alleged that a defect in the Google phones caused the microphones to fail, such that users were unable to make calls, dictate texts, record audio, search the web with voice command, or use the advertised Google Assistant feature. On December 6, 2019, the court approved a $7.25 million settlement for the class that it deemed "excellent."

***In re Nexus 6P Products Liability Litigation***, No. 5:17-cv-02185-BLF (N.D. Cal). Girard Sharp was appointed as co-lead counsel in a class action alleging that Nexus 6P smartphones suffered from a defect that rendered the phones inoperable through an endless boot-loop cycle and an accelerated battery drain that caused the phones to shut off prematurely. On November 11, 2019, the Honorable Beth L. Freeman approved a $9.75 million class settlement, finding in part that "Class counsel has extensive experience representing plaintiffs and classes in complex litigation and consumer class actions.… [T]he quality of their work is reflected in the results achieved for the class." 2019 WL 6622842, at *10, *12 (N.D. Cal. Nov. 12, 2019).

***In re iPod Cases***, JCCP No. 4355 (Cal. Super. Ct., San Mateo Cty.). Girard Sharp, as court-appointed co-lead counsel, negotiated a settlement that provided warranty extensions, battery replacements, cash payments, and store credits for class members who experienced battery failure. In approving the settlement, the Honorable Beth L. Freeman wrote that Girard Sharp attorneys are "extremely well qualified" and negotiated a "significant and substantial benefit" for the class.

***Sugarman v. Ducati North America, Inc.***, No. 5:10-cv-05246-JF (N.D. Cal.). The firm served as class counsel on behalf of owners of Ducati motorcycles whose fuel tanks degraded and deformed due to incompatibility with the motorcycles' fuel. In January 2012, the Honorable Jeremy D. Fogel approved a settlement that provided an extended warranty and repairs, commenting: "The Court recognizes that class counsel assumed substantial risks and burdens in this litigation. Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class." 2012 WL 113361, at *6 (N.D. Cal. Jan. 12, 2012).

***Parkinson v. Hyundai Motor America***, No. CV 8:06-0345 (C.D. Cal.). Girard Sharp served as class counsel in this action alleging that the flywheel and clutch system in certain Hyundai vehicles was defective. After achieving nationwide class certification, Girard Sharp negotiated a settlement that provided from 50% to 100% in reimbursement to class members for their repairs, depending on their vehicle's mileage at the time of repair. The settlement also provided full reimbursement for rental car expenses for class members who rented a vehicle while flywheel or clutch repairs were being performed. After approving the settlement, the court wrote, "Perhaps the best barometer of . . . the benefit obtained for the class . . . is the perception of class members themselves. Counsel submitted

dozens of letters from class members sharing their joy, appreciation, and relief that someone finally did something to help them." 796 F. Supp. 2d 1160, 1175 (C.D. Cal. 2010).

*In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726 (D. Minn.). Girard Sharp served on the discovery and law committees and performed briefing, discovery, and investigative work in this lawsuit that followed a February 2005 recall of certain models of Medtronic implantable cardioverter defibrillator devices. The controversy was resolved for $75 million.

*Browne v. American Honda Motor Co., Inc.*, No. CV 09-06750 (C.D. Cal.). Girard Sharp served as co-lead counsel representing plaintiffs who alleged that about 750,000 Honda Accord and Acura TSX vehicles had brake pads that wore out prematurely. Girard Sharp negotiated, and the court approved, a settlement valued at $25 million that provided reimbursements to class members and made improved brake pads available.

*In re General Motors Dex-Cool Cases*, No. HG03093843 (Cal. Super Ct. Alameda Cty.). These class actions alleged that General Motors' Dex-Cool engine coolant damaged certain vehicles' engines and formed a rusty sludge that caused vehicles to overheat. After consumer classes were certified in both Missouri and California, General Motors agreed to pay cash to class members nationwide. On October 27, 2008, the California court granted final approval of the settlement.

*Roy v. Hyundai Motor America*, No. SACV 05-483-AHS (C.D. Cal.). Girard Sharp served as co-lead counsel in this nationwide class action alleging a defect in the air-bag system in Hyundai Elantra vehicles. Girard Sharp helped negotiate a settlement under which Hyundai agreed to repair the air-bag systems in the vehicles it sold and leased to class members. Hyundai also agreed to reimburse class members for transportation expenses and administer an alternative dispute resolution program for trade-ins and buy-backs. In approving the settlement, the Honorable Alicemarie H. Stotler described the settlement as "pragmatic" and a "win-win" for all concerned.

## Privacy Violations

*In re U.S. Office of Personnel Management Data Security Litigation*, MDL No. 2664 (D.D.C.). Girard Sharp serves as lead counsel on behalf of 22 million federal government employees and job applicants whose highly sensitive personnel files were stolen in a 2015 hack attributed to the Chinese government. After the district court dismissed the Privacy Act claims against the United States for lack of standing and failure to state a claim, the D.C. Circuit reversed. *See* 928 F.3d 42 (D.C. Cir. 2019). On remand, despite the immunity that limits recovery to pecuniary loss, *see FAA v. Cooper*, 566 U.S. 284 (2012), and the breach reportedly having been perpetrated by a foreign state actor, Girard Sharp negotiated a $63 million settlement for the class. The settlement, finally approved by the court in 2022, compensated victims who suffered a financial loss as a result of the data breach, providing for minimum payments of $700.

*In re Lenovo Adware Litigation*, MDL No. 2624 (N.D. Cal.). Girard Sharp is co-lead counsel for a class of computer purchasers whose online activities were surreptitiously monitored by pre-installed software. The undisclosed spyware degraded the computers' performance, operating continuously in the background as it analyzed browsing activity and injected ads into visited

webpages. The Honorable Ronald M. Whyte certified a nationwide indirect purchaser class for trial. 2016 WL 6277245 (N.D. Cal. Oct. 27, 2016). After the defendants agreed to a non-reversionary cash settlement, Girard Sharp helped design a claims process that allowed each participating class member to choose between (1) completing a short online claim form to receive an estimated $40 cash payment for every purchased computer, or (2) submitting receipts or other documentation to recover sums actually expended as a result of the spyware being on the computer, up to $750. The Honorable Haywood S. Gilliam granted final approval of the settlement. 2019 WL 1791420 (N.D. Cal. Apr. 24, 2019).

*Corona v. Sony Pictures Entertainment*, No. 2:14-cv-09600-RGK-SH (C.D. Cal.). Girard Sharp served as co-lead counsel in a class action brought on behalf of 15,000 current and former employees of Sony Pictures Entertainment following a cyberattack attributed to North Korean intelligence as retaliation for release of the film *The Interview*. In April 2016, the court approved a class settlement that reimbursed actual losses in full and provided extended credit monitoring—a structure adopted in many subsequent data breach settlements.

*In re Yahoo Mail Litigation*, No. 5:13-cv-04980-LHK (N.D. Cal.). Girard Sharp represented non-Yahoo email subscribers whose emails with Yahoo email subscribers were illegally intercepted and scanned by Yahoo. The court, in a widely-cited opinion, certified a nationwide class for injunctive-relief purposes. 308 F.R.D. 577 (N.D. Cal. 2015). With cross-motions for summary judgment fully briefed, the parties settled. Yahoo agreed to restructure its email delivery architecture to ensure that incoming and outgoing email would no longer be intercepted while in transit—bringing its email scanning practices into compliance with applicable law—and to disclose its email scanning practices on its website. The court noted that "Class Counsel achieved these benefits only after several years of litigation," which they prosecuted "in an effective and cost-efficient manner." 2016 WL 4474612, at *10 (N.D. Cal. Aug. 25, 2016).

*In re The Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.). The Honorable Thomas W. Thrash, Jr. appointed Girard Sharp to the Plaintiffs' Executive Committee in this MDL arising from a breach of Home Depot customers' credit and debit card information. Under the court-approved settlement, class members with documented claims could receive up to $10,000, and the defendant paid an additional $6.5 million to provide 18 months of identity monitoring services for the benefit of class members. 2016 WL 6902351, at *4 (N.D. Ga. Aug. 23, 2016). Judge Thrash described the settlement as "an outstanding result for the Class in a case with a high level of risk," *id.* at *5, and further noted that "Class Counsel obtained an exceptional result . . . ." 2017 WL 9605208, at *1 (N.D. Ga. Aug. 1, 2017).

*In re Target Corp. Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.). Girard Sharp served on the Plaintiffs' Steering Committee representing consumers whose personal and financial information was compromised in a breach of Target's point-of-sale systems. After plaintiffs defeated Target's motion to dismiss, *see* 66 F. Supp. 3d 1154 (D. Minn. 2014), the parties agreed to a class settlement that was approved by the MDL court and upheld on appeal, *see* 892 F.3d 968 (8th Cir. 2018). The settlement requires changes to Target's information security practices and delivered cash recoveries to class members under a simplified claim procedure.

*In re Experian Data Breach Litigation*, No. 15-01592 (C.D. Cal.). Girard Sharp served on the Plaintiffs' Steering Committee in this litigation arising out of a breach of Experian's electronic systems than compromised names, addresses, and social security numbers of T-Mobile subscribers.

The Honorable Andrew J. Guilford in 2019 granted final approval of a settlement that established a $22 million fund and provided identity theft protection services for the benefit of class members, commenting in part: "You folks have truly done a great job, both sides. I commend you."

*In re Adobe Systems, Inc. Privacy Litigation*, No. 5:13-cv-05226-LHK (N.D. Cal.). Girard Sharp was appointed as lead counsel in this consolidated litigation on behalf of consumers asserting privacy and consumer fraud claims arising from a 2013 data breach. Girard Sharp obtained a pivotal ruling when the court denied Adobe's motion to dismiss for lack of standing, ruling that the Supreme Court's decision in *Clapper v. Amnesty International USA*, 133 S. Ct. 1138 (2013), did not change existing standing jurisprudence. 66 F. Supp. 3d 1197 (N.D. Cal. 2014). Before this ruling, many data breach defendants had obtained dismissals for lack of standing based on *Clapper*. The *Adobe* ruling has been followed by a number of courts, including the Seventh Circuit Court of Appeals in *Remijas v. Neiman Marcus Group, LLC*. 794 F.3d 688, 693–94 (7th Cir. 2015).

*Prather v. Wells Fargo Bank, N.A.*, No. 17-cv-00481 (N.D. Ill.). Girard Sharp served as co-lead counsel in an action alleging that Wells Fargo used an automatic telephone dialing system to repeatedly call the cellular phone numbers of persons with no prior affiliation with Wells Fargo. On December 10, 2019, the Honorable Manish S. Shah of the Northern District of Illinois granted final approval of a settlement that established a fund of $17,850,000 for class members.

*Whitaker v. Health Net of California, Inc.*, No. 2:11-cv-00910-KJM-DAD (E.D. Cal.); *Shurtleff v. Health Net of California, Inc.*, No. 34-2012-00121600-CU-CL (Cal. Super Ct. Sacramento Cty.). Girard Sharp served as co-lead counsel in this patient privacy action. On June 24, 2014, the court granted final approval of a settlement that provided class members with credit monitoring, established a $2 million fund to reimburse consumers for related identity theft incidents, and required material upgrades to and monitoring of Health Net's information security protocols.

*In re Sony BMG CD Technologies Litigation*, No.1:05-cv-09575-NRB (S.D.N.Y.). Girard Sharp served as co-lead counsel for a class of consumers who alleged that Sony BMG incorporated "Digital Rights Management" software into its music CDs, violating the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, and rendering the consumers' computers vulnerable to viruses and spyware. The firm negotiated a settlement that required Sony BMG to promptly recall all affected CDs and provide "clean" CDs and cash to class members.

*In re Countrywide Financial Corp. Customer Data Security Breach Litigation*, MDL No. 1988 (W.D. Ky.). Girard Sharp served on the Plaintiffs' Executive Committee representing a class of millions of actual and potential customers of Countrywide whose personal information was stolen by a former Countrywide employee and then sold to other mortgage lenders. The class settlement approved by the court provided for free credit monitoring, reimbursement of out-of-pocket expenses incurred as a result of the theft, and reimbursement of up to $50,000 per class member for identity theft losses.

*Smith v. Regents of the University of California, San Francisco*, No. RG-08-410004 (Cal. Super Ct. Alameda Cty.). Girard Sharp represented a patient who alleged that UCSF's disclosure of its patients' medical data to outside vendors violated California's medical privacy law. The firm succeeded in negotiating improvements to UCSF's privacy procedures on behalf of a certified class of patients of UCSF Medical Center. In approving the stipulated permanent injunction, the

Honorable Stephen Brick found that "Smith has achieved a substantial benefit to the entire class and the public at large."

## Insurance and Other Consumer Protection Matters

*In re PFA Insurance Marketing Litigation*, No. 4:18-cv-03771-YGR (N.D. Cal.). Girard Sharp prosecuted this certified class action on behalf of owners of indexed universal life insurance issued by National Life Group. Plaintiffs alleged that NLG and its sales agency, Premier Financial Alliance, sold these policies through a pyramid scheme targeting Asian immigrants. Under a settlement reached during final pretrial preparation, claimants received an average payment of $4,207. The Honorable Yvonne Gonzalez Rogers commended this "exceptional success," finding that Girard Sharp "represented the class with skill and diligence over the course of several years and achieved remarkable success on behalf of the class . . . despite the relative novelty of their theory of liability, which applies the Endless Chain Scheme Law in the context of insurance products."

*Spegele v. USAA Life Insurance Co.*, No. 5:17-cv-967-OLG (W.D. Tex.). After obtaining nationwide class certification under Texas law, Girard Sharp and co-counsel reached a $90 million settlement of claims that USAA Life Insurance systematically overcharged policyholders under their policies' "cost of insurance" terms. The settlement was approved as fair, reasonable, and adequate in 2021 and benefited owners of 122,000 universal life insurance policies in effect since March 1, 1999.

*Larson v. John Hancock Life Insurance Company (U.S.A.)*, No. RG16813803 (Cal. Super. Ct., Alameda Cty.). Girard Sharp served as liaison counsel in this certified class action on behalf of universal life insurance policyholders alleging John Hancock overcharged more than 100,000 of its insureds, depriving them of the full value of the premiums they paid over time. On May 8, 2018, the Honorable Brad Seligman granted final approval of a $59 million settlement.

*Ide v. British Airways*, No. 20-cv-03542-JMF (S.D.N.Y.). Girard Sharp represented British Airways passengers suing over the airline's refusal to issue refunds for COVID 19-related cancellations. The court approved a comprehensive settlement for refunds and interest in November 2022.

*In re America Online Spin-Off Accounts Litigation*, MDL No. 1581 (C.D. Cal.). Girard Sharp served as court-appointed co-lead counsel in this nationwide class action on behalf of America Online subscribers who were billed for a second account without their knowledge or consent. The litigation settled for $25 million and changes in AOL's billing and account practices.

*Mitchell v. American Fair Credit Association*, No. 785811-2 (Cal. Super. Ct., Alameda Cty.); *Mitchell v. Bankfirst, N.A.*, No. C-97-1421-MMC (N.D. Cal.). This class action was brought on behalf of California members of the American Fair Credit Association (AFCA). Plaintiffs alleged that AFCA operated an illegal credit repair scheme. The Honorable James Richman certified the class and appointed the firm as class counsel. In February 2003, the Honorable Ronald Sabraw of Alameda County Superior Court and the Honorable Maxine Chesney of the Northern District of California granted final approval of settlements valued at over $40 million.

*In re Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914, CV No. 07-2720-DRD (D.N.J.). Girard Sharp served as co-lead class counsel on behalf of consumers whose vehicles' navigation systems were on the verge of becoming obsolete. Counsel obtained nationwide class certification before negotiating a settlement valued at up to $50 million. In approving the settlement, the court acknowledged that the case "involved years of difficult and hard-fought litigation by able counsel on both sides" and that "the attorneys who handled the case were particularly skilled by virtue of their ability and experience." 2011 WL 4020862, at *4, *8 (D.N.J. Sept. 9, 2011).

*In re LookSmart Litigation*, No. 02-407778 (Cal. Super. Ct., S.F. Cty.). This nationwide class action was brought against LookSmart, Ltd. on behalf of consumers who paid an advertised "one time payment" to have their websites listed in LookSmart's directory, only to be charged additional fees to continue service. The court granted final approval of a class settlement valued at approximately $20 million that provided cash and other benefits.

*In re America Online, Inc. Version 5.0 Software Litigation*, MDL No. 1341 (S.D. Fla.). Girard Sharp served as co-lead counsel in this MDL involving 45 centralized actions. The case alleged violations of state consumer protection statutes, the Computer Fraud and Abuse Act, and federal antitrust laws arising from AOL's distribution of its Version 5.0 software upgrade. The Honorable Alan S. Gold granted final approval of a $15.5 million settlement.

*In re PayPal Litigation*, No. C-02-1227-JF (PVT) (N.D. Cal.). Girard Sharp served as co-lead counsel in this nationwide class action alleging violations of California consumer protection statutes and the Electronic Funds Transfer Act (EFTA). Plaintiffs alleged that PayPal unlawfully restricted access to consumers' PayPal accounts. On September 24, 2004, Judge Fogel granted final approval of a settlement valued at $14.35 million in cash and returned funds, plus injunctive relief to ensure compliance with the EFTA.

*Powers Law Offices, P.C. v. Cable & Wireless USA, Inc.*, No. 99-CV-12007-EFH (D. Mass). Girard Sharp prosecuted this class action on behalf of cable and wireless subscribers who were overcharged for recurring fees. The court granted final approval of an $8 million settlement, and the bankruptcy court approved a 30% distribution from the unsecured creditors' fund of bankruptcy liquidation proceeds.

*Lehman v. Blue Shield of California*, No. CGC-03-419349 (Cal. Super. Ct., S.F. Cty.). In this class action charging Blue Shield with having illegally modified the risk-tier structure of its individual and family health care plans, Girard Sharp negotiated a $6.5 million settlement on behalf of current and former Blue Shield subscribers in California. The Honorable James L. Warren granted final approval of the settlement in March 2006.

*Telestar v. MCI, Inc.*, No. C-05-Civ-10672-JGK (S.D.N.Y). This class action was brought on behalf of MCI commercial subscribers who were charged both interstate and intrastate fees for the same frame relay on prorate line service during the same billing period. On April 17, 2008, the Honorable John G. Koeltl approved a favorable cash settlement.

*Wixon v. Wyndham Resort Development Corp.*, No. C-07-02361 JSW (BZ) (N.D. Cal.). Girard Sharp served as class and derivative counsel in this litigation against a timeshare developer and the directors of a timeshare corporation for violations of California law. Plaintiffs alleged that the

defendants violated their fiduciary duties by taking actions for the financial benefit of the timeshare developer to the detriment of the owners of timeshare interests. On September 14, 2010, the district court approved a settlement of the derivative claims.

*Berrien v. New Raintree Resorts, LLC*, No. CV-10-03125 CW (N.D. Cal.); *Benedict v. Diamond Resorts Corporation*, No. CV 12-00183-DAE (D. Hawaii). Girard Sharp pursued these actions on behalf of timeshare owners, challenging the imposition of unauthorized "special assessment" fees. The court in each case approved a favorable settlement of the claims asserted on behalf of class members who were charged the fee.

*Allen Lund Co., Inc. v. AT&T Corporation*, No. C 98-1500-DDP (C.D. Cal.). This class action was brought on behalf of small businesses whose long-distance service was switched to Business Discount Plan, Inc. The Honorable Dean D. Pregerson appointed Girard Sharp as class counsel, and thereafter approved a settlement providing full cash refunds and free long-distance telephone service.

*Mackouse v. The Good Guys – California, Inc.*, No. 2002-049656 (Cal. Super Ct. Alameda Cty.). This nationwide class action against The Good Guys and its affiliates alleged violations of the Song-Beverly Consumer Warranty Act and other California consumer protection laws. Plaintiff alleged that The Good Guys failed to honor contracts that it offered for sale to customers in exchange for protection of a purchase after the manufacturer's warranty expired. On May 9, 2003, the Honorable Ronald M. Sabraw granted final approval of a settlement providing cash refunds or services at a class member's election.

*In re H&R Block Express IRA Litigation*, MDL No. 1786 (W.D. Mo.). Girard Sharp served as co-lead counsel in this MDL involving H&R Block's marketing and sale of its "Express IRA" investment products. The firms negotiated a settlement in coordination with the New York Attorney General that delivered more than $19 million in cash to class members—resulting in a full recovery for consumers—as well as non-cash benefits entitling Express IRA holders to convert their investments to alternative IRAs with lower fees.

## Women's Advocacy, Fertility, and Sexual Abuse

*In re Pacific Fertility Center Litigation*, No. 3:18-cv-01586-JSC (N.D. Cal.). Girard Sharp represented IVF patients of Pacific Fertility Center whose eggs and embryos were damaged or destroyed in a cryopreservation tank failure. On June 11, 2021, after a three-week trial, a jury found the tank manufacturer, Chart Industries Inc., liable for a defect in the tank and for negligent failure to recall a part that malfunctioned (a "controller" designed to monitor liquid nitrogen levels). The jury awarded approximately $15 million in damages to three women who lost eggs and a married couple who lost embryos in the catastrophic incident. The three women were each awarded between $2 million and $3 million, and the couple was awarded $7.2 million. Girard Sharp also secured settlements in 2023 for over 80 families who lost reproductive material in the tank failure.

*In re USC Student Health Center Litigation*, No. 2:18-cv-06115 (C.D. Cal.). Girard Sharp served as co-lead counsel in a class action against the University of Southern California and campus gynecologist Dr. George Tyndall on behalf of women who were sexually abused by Tyndall during his long tenure at USC. A federal judge approved a class action settlement with USC that

established a $215 million fund and gave every survivor a choice in how to participate. The claims process received wholehearted praise from class members for the compassionate and generous approach. The settlement also required USC to adopt and implement procedures for identification, prevention, and reporting of sexual and racial misconduct, as well as to recognize the harm done to Tyndall's patients.

*A.B. v. The Regents of the University of California*, No. 2:20-cv-09555-RGK-E (C.D. Cal.). Girard Sharp lawyers filed and successfully resolved a class action lawsuit against UCLA on behalf of women treated by UCLA gynecologist Dr. James Heaps. Heaps was convicted of sexual batteries committed while working as a staff gynecologist at UCLA—a position he held for almost 30 years. The UC Regents agreed to resolve the claims, and the District Court granted final approval of the settlement, finding that: "Class Counsel delivered robust results for the Class, negotiating a flexible and trauma-informed settlement that has provided $73 million in compensation to class members and precipitated significant institutional changes at UCLA. No class member objected. Class Counsel crafted an innovative claims process that was sensitive to the trauma many Class members experienced, providing a non-adversarial alternative to individual litigation."

## Mass Tort

*In re Actos (Pioglitazone) Products Liability Litigation*, MDL No. 2299 (W.D. La.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee and served on the *Daubert* and Legal Briefing Committees in this MDL. A $2.37 billion global settlement was achieved.

*In re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation*, MDL No. 2385 (S.D. Ill.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee and served as Co-Chair of the Plaintiffs' Law and Briefing Committee in this MDL that produced settlements worth approximately $1.6 billion.

*In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385 (S.D. Ill.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee in mass tort litigation that culminated in settlements worth approximately $650 million.

## Government Reform

*Paeste v. Government of Guam*, No. 11-cv-0008 (D. Guam) (Marshall, J.). Girard Sharp and co-counsel served as class counsel in litigation against the Government of Guam on behalf of Guam taxpayers for chronic late payment of income tax refunds. After obtaining certification of a litigation class, the plaintiffs prevailed at summary judgment and obtained a permanent injunction reforming Guam's administration of tax refunds. The Ninth Circuit affirmed the injunction. 798 F.3d 1228 (9th Cir. 2015), *cert. denied*, 136 S. Ct. 2508 (2016).

*Ho v. San Francisco Unified School District*, No. C-94-2418-WHO (N.D. Cal.). This civil rights action was brought on behalf of a certified class of San Francisco public school students of Chinese descent to terminate racial and ethnic quotas imposed under a 1983 desegregation consent decree. *See Ho v. San Francisco Unified Sch. Dist.*, 965 F. Supp. 1316 (N.D. Cal. 1997), *aff'd*, 147 F.3d 854 (9th Cir.

1998); *see also* 143 Cong. Rec. S6097, 6099 (1997) (statement of Senator Hatch noting testimony of a class representative before the Senate Judiciary Committee).