EXHIBIT A

**TO:**        <<Email Address>>
**FROM:**   "Natera Class Action Settlement Claims Administrator" <<info@[SettlementWebsite].com>>
**SUBJECT:** Notice of Natera Settlement and Eligibility to Receive Compensation

---

# LEGAL NOTICE

*In re Natera Prenatal Testing Litigation*
Case No. 4:22-cv-00985
United States District Court for the Northern District of California

**If you paid for a Natera NIPT (Panorama or Vasistera),
you may be part of a class action settlement.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

Dear << First >> << Last >>:

A Settlement has been reached with Natera, Inc. in a class action lawsuit about the accuracy of Natera noninvasive prenatal screening tests.

Natera denies it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the Lawsuit to avoid the risks, disruption, and uncertainties of continued litigation.

A copy of the Settlement is available at www.[SettlementWebsite].com.

**Who is included in the Settlement?** The Court has defined the class as: **All individuals in the United States who paid out of pocket for a Natera NIPT (Panorama or Vasistera) in the dates ranges listed below.**

| State(s) | Dates |
|---|---|
| Ohio | February 17, 2016 - [insert] |
| New Jersey | May 5, 2016 - [insert] |
| Florida | February 24, 2017 - [insert] |
| New York & Illinois | April 27, 2017 - [insert] |
| All other states | February 17, 2018 - [insert] |

**What are the Settlement benefits?** If the Settlement is preliminarily approved, Natera will create a $8,250,000 Settlement Fund. This fund will be used to pay the fees, costs, and expenses of the lawsuit and administration, and the rest of the money (the Net Settlement Fund) will be paid to Settlement Class Members who file a claim.

Settlement Class Members who file a Valid Claim will receive either (i) up to $30 if they submit a claim without proof of purchase, or (ii) 10% of their documented proof of purchase of Natera NIPTs, if their out-of-pocket costs were greater than $300. Each Settlement Class Member's payment may be increased or decreased proportionally compared to other Settlement Class Members who file a claim, except that claims submitted without proof of purchase will not exceed $30, and claims submitted with proof of purchase will not exceed the claimant's out-of-

pocket costs. How much each person who submits a claim will receive is unknown at this time because it depends on how many claims are submitted and for what amount.

Full details are available at www.[SettlementWebsite].com.

**How do I receive a benefit?** To submit a claim online or to download a printable Claim Form, visit www.[SettlementWebsite].com.

**Claims must be submitted online or be postmarked by [DATE].**

**Who represents me?** The Court has appointed lawyers at the firms Girard Sharp LLP and Bursor & Fisher, P.A. to represent the Settlement Class, to represent you and other Class Members ("Class Counsel").

**What if I don't want to participate in the Settlement?** If you do not want to be legally bound by the Settlement, you must exclude yourself by [DATE] or you will not be able to sue Natera for the claims made in *this* lawsuit. If you exclude yourself, you cannot get benefits from this Settlement. If you want to object to the Settlement, you may file an objection by [DATE]. The Settlement Agreement, available on the Settlement website at www.[SettlementWebsite].com, explains how to exclude yourself or object.

**When will the Court decide whether to approve the Settlement?** The Court will hold a hearing in this case on [DATE] at the [ADDRESS], to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorneys' fees of up to 30% of the Settlement Fund, expenses up to $300,000, and up to $10,000 for each named Plaintiff. You may attend the hearing at your own cost, but you do not have to.

This notice email is only a summary. For more information, call 1-XXX-XXX-XXXX or click here: **www.[SettlementWebsite].com**.

**User ID:** <<User ID>>