EXHIBIT B

In re Natera Prenatal Testing Litigation Settlement
c/o Settlement Administrator
P.O. Box ____
Santa Ana, CA 92799-9958



First-Class
Mail
US Postage
Paid
Permit #__

# Court-Approved Legal Notice

«Barcode»

Postal Service: Please do not mark barcode

Claim #: XXX- «LoginID» - «MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

This is an important notice about a class action lawsuit.

*In re Natera Prenatal Testing Litigation*
Case No. 4:22-cv-00985

# Class Action Notice
*Authorized by the U.S. District Court*

**Did you buy a Natera noninvasive prenatal screening test?**

**There is an $8.25 million settlement of a lawsuit.**

**To be part of this settlement, you should (1) read this notice & (2) respond by [date].**

**Key things to know:**
- This is an important legal document.
- If you take no action, any ruling from the court will apply to you, and you will not be able to sue Natera, Inc., about the same issues.
- If you have questions or need assistance, please call [phone number], email [insert], or mail a letter to the return address on this notice.
- You can learn more at [website] or by scanning the QR code.

«First1» «Last1»
«LoginID»

Apply Postage

**In re Natera Prenatal Testing Litigation Settlement**
 **c/o Settlement Administrator**
**P.O. Box [boxnumber]**
**Santa Ana, CA  92799-9958**

**In re Natera Prenatal Testing Litigation Settlement**

《First1》 《Last1》

*Complete this Claim Form, tear at perforation, apply postage and return by U.S. Mail no later than [DEADLINE].*

*Only one Claim Form per Class Member.*

Login ID: 《LoginID》
PIN: 《PIN》

☐ Check this box to claim a payment of up to $30.00.
The exact amount of the payment will be determined once all claims have been filed.

☐ Check this box to affirm that you are a class member because you purchased a Natera noninvasive prenatal screening test during the relevant time period (see settlement website). (**REQUIRED**)

**IF YOU HAVE <u>DOCUMENTED</u> PROOF THAT YOU SPENT <u>MORE THAN $300</u> ON YOUR NONINVASIVE PRENATAL TEST, YOU CAN CLAIM A HIGHER PAYMENT (10% OF WHAT YOU SPENT). SCAN THE QR CODE BELOW TO FILE YOUR CLAIM ONLINE.**

Claims filed using this claim form will be paid by check and sent to the address on file. If you would like to be paid electronically (PayPal, Venmo, Zelle, or pre-paid card), or need to update your address, please visit the settlement website.

**WWW.[SETTLEMENTWEBSITE].COM**     [QR code]

*You must notify the Claims Administrator if your contact information is different from what is shown above, or changes after you submit your claim.*