EXHIBIT C

# Digital Noticing Ad Mockups
Created for *In re Natera Prenatal Testing Litigation*







Note: Meta ads are assembled by the platform from approved images and text. The images above are representative of the wide variety of ads that will run on Facebook and Instagram.

# Digital Noticing Ad Mockups
Created for *In re Natera Prenatal Testing Litigation*



**Meta (Facebook and Instagram) Ads, Spanish**
Both images will run on both platforms



Facebook Feed Ad        Instagram Feed Ad

**Google Search Ad, Spanish**



**Note:** Meta ads are assembled by the platform from approved images and text. The images above are representative of the wide variety of ads that will run on Facebook and Instagram.