EXHIBIT F

| Your claim must be submitted online or postmarked by: [Opt-Out Deadline] | *In re Natera Prenatal Testing Litigation*<br>Case No. 4:22-cv-00985<br>United States District Court for the Northern District of California<br><br>**EXCLUSION REQUEST ("OPT OUT") FORM** | Your claim must be submitted online or postmarked by: [Opt-Out Deadline] |

## GENERAL INSTRUCTIONS

If you do not want to be part of the Settlement, you can exclude yourself. This is also called "opting out." If you exclude yourself, you will not be eligible to receive any benefits under the Settlement. You will, however, keep any rights you may have to sue Natera on the same issues as resolved by the Settlement.

To exclude yourself, simply fill out the form below, and submit it to the Settlement Administrator. Do <u>not</u> file a Claim Form if you exclude yourself from the Settlement.

If you have questions about how to exclude yourself, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@[SettlementWebsite].com
- Call toll free, 24/7: 1-XXX-XXX-XXXX
- By mail: In re Natera Prenatal Testing Litigation Settlement, c/o Exclusion Requests, [PO Box Number], Santa Ana, CA 92799-9958.

**THE EASIEST WAY TO SUBMIT YOUR EXCLUSION REQUEST IS ONLINE AT**
**www.[SettlementWebsite].com**

You may also print out and complete this Exclusion Request Form, and submit it by U.S. mail to:

In re Natera Prenatal Testing Litigation Settlement
c/o Exclusion Requests
[PO Box Number]
Santa Ana, CA 92799-9958

An electronic image of the completed Exclusion Request Form can also be emailed to info@[SettlementWebsite].com

You must submit online, mail, or email your Exclusion Request Form by **[Opt-Out Deadline]**.

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit www.[SettlementWebsite].com**

| Your claim must be submitted online or postmarked by: **[Opt-Out Deadline]** | *In re Natera Prenatal Testing Litigation*<br>Case No. 4:22-cv-00985<br>United States District Court for the Northern District of California<br><br>**EXCLUSTION REQUEST ("OPT OUT") FORM** | Your claim must be submitted online or postmarked by: **[Opt-Out Deadline]** |

### I. CLASS MEMBER NAME AND CONTACT INFORMATION

Print your name and contact information below. All fields are required. **Please print legibly.**

First Name

Last Name

Street Address

City

State

Zip Code

Email Address

Phone Number

Notice ID (if known)

### IV. EXCLUSION REQUEST & SIGNATURE

I, the undersigned, hereby request to be excluded from the Settlement in *In re Natera Prenatal Testing Litigation*.

Signature

Printed Name

Date

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit www.[SettlementWebsite].com**